# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROL A. WARNER | ) | Case No. 8:14 cv-00095 |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | **WITHOUT PREJUDICE AS TO** |
| | ) | **OMNI ELEVATOR COMPANY, INC.** |
| UNITED STATES; | ) | |
| OMNI ELEVATOR COMPANY, INC.; | ) | |
| ELETECH, INC., | ) | |
| Defendants. | ) | |

NOW ON THIS 11th day of March, 2015, this matter having come before the Court upon the Motion of the Plaintiff to dismiss as to Defendant Omni Elevator Company, Inc. only, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's motion to dismiss party (Filing No. 59) is granted and this matter is dismissed without prejudice as to Defendant Omni Elevator Company, Inc.

BY THE COURT:

　s/Joseph F. Bataillon　
Senior United States District Judge

Prepared & Submitted by:

John C. Wieland # 14510
SMITH, GARDNER, SLUSKY LAZER
POHREN, & ROGERS LLP
8712 West Dodge Rd., Suite 400
Omaha, NE  68114
402.392.0101
Attorneys for Plaintiffs