# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL A. WARNER,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES and<br>ELETECH, INC.<br><br>        Defendants. | 8:14CV95<br><br>ORDER |

Upon notice of settlement given to the magistrate judge by counsel for the parties during a telephone conference on September 1, 2015,

**IT IS ORDERED that**:

1. On or before **November 2, 2015**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. The previously scheduled pretrial conference and trial are cancelled upon the representation that this case is settled.

Dated this 1st day of September, 2015.

                                                          BY THE COURT:

                                                          s/ Thomas D. Thalken
                                                         United States Magistrate Judge